01-15-01091-CR

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/22/2015 10:20:09 AM
CHRISTOPHER A. PRINE
Clerk

December 18, 2015

DAUCIE SHEFMAN
ATTORNEY OF RECORD
1201 FRANKLIN, 13TH FLOOR
HOUSTON, TX 77002

Defendant's Name: JOCOBI THOMAS

Cause No: 1451303

Court: 184TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 12/11/15
**Sentence Imposed Date:** 11/19/15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** DAUCIE SHEFMAN

Sincerely,

Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

THE STATE OF TEXAS          §      IN THE 184TH JUDICIAL

VS.                         §      DISTRICT COURT OF

JOCOBI THOMAS             §      HARRIS COUNTY, TEXAS

<u>NOTICE OF APPEAL - GUILTY PLEA</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JOCOBI THOMAS, DEFENDANT IN THE ABOVE ENTITLED AND NUMBERED CAUSE, AND WITHIN 30 DAYS OF SENTENCING, FILES THIS NOTICE OF APPEAL FROM HIS PLEA OF GUILTY IN CAUSE NO. 1451303.

DEFENDANT ACKNOWLEDGES THAT THE PLEA IN THE ABOVE ENTITLED AND NUMBERED CAUSE WAS ENTERED PURSUANT OF THE PROVISION OF ARTICLE 1.15 OF THE CODE OF CRIMINAL PROCEDURE, AND THAT PUNISHMENT ASSESSED DOES NOT EXCEED THAT RECCOMMENDED BY THE PROSECUTOR AND AGREED TO BY THE DEFENDANT AND HIS ATTORNEY, BUT FURTHER SHOWS THE COURT THAT THE DEFENDANT'S ATTORNEY WAS INEFFECTIVE IN HIS REPRESENTATION OF THE DEFENDANT, WHEN HE KNOWINGLY AND INTENTIONALLY MISLED THE DEFENDANT TO SIGN COURT DOCUMENTS BELIEVING HE WOULD RECEIVE (7) MONTHS TDCJ-STATE JAIL TIME FOR THE OFFENSE OF CREDIT CARD ABUSE, RATHER THAN (7) YEARS TDCJ-ID TIME. MOREOVER, DEFENDANT'S ATTORNEY KNOWINGLY AND INTENTIONALLY FAILED TO REQUEST A COMPETENCY HEARING ON BEHALF OF THE

defendant, when she knew defendant was incompetent and unable to stand trial. Therefore, violating defendant's fifth, sixth, and fourteenth amendment U.S. Constitutional rights and Art. I, Sec.10 and Sec. 19 Texas Constitutional rights to effective assistance of counsel. Thus, defendant tenders this notice as evidence of his desire to appeal the conviction in cause No. 1451303

Respectfully submitted,

*Jocobi Thomas*

JOCOBI THOMAS

I, JOCOBI THOMAS, SPN# 02761866, being presently incarcerated in Harris County Jail, in Harris County, Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2015

*Jocobi Thomas*

ORDER

On this the _____ day of _____ 2015, came to be heard by me, the defendant's notice of appeal and it appears to this court that this motion should be

Granted: _____

Denied: _____  and it

is so ordered

JUDGE



Cause No. ___1451303___

THE STATE OF TEXAS                                IN THE 184TH DISTRICT COURT

v.

___Jacobi Thomas___, Defendant                HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐    is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐    is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐    is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☑    is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐    the defendant has waived the right of appeal.

_____      NOV 1 9 2015
Judge                            Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition of discretionary review in the court of appeals. TEX. R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____      _____
Defendant                                  Defendant's Counsel

Mailing Address: _____    **FILED**    State Bar of Texas ID number: ___00787973___

Telephone number: ___Time:___   Chris Daniel   Mailing Address: ___4141 Sw # 250___
            District Clerk
          NOV 1 9 2015

Fax number (if any): ___By___   Harris County, Texas   Telephone number: ___7337-6449___
                Deputy

                                Fax number: _____

*"A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant – a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RUELS OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD

1-18-16

Court 184th

Cause No. 1451303

## The State of Texas

Thomas, Jocobi <sup></sup>Vs

**Date Notice Of Appeal:** 11-19-15
12-11-2015

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Krocker, Janice
**Court Reporter** waived
**Court Reporter**_____
**Court Reporter**_____

**Attorney on Trial** Stephanie Martin

**Attorney on Appeal** Daucie Shefman

Appointed ✓ Hired_____

**Offense** Credit/Debit Abuse

**Jury Trial:** Yes_____ No ✓

**Punishment Assessed** 7 years TDC

**Companion Cases (If Known)**_____

**Amount of Appeal Bond** $50,000

**Appellant Confined:** Yes ✓ No_____

**Date Submitted To Appeal Section** 12-18-2015

**Deputy Clerk**_____